# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 16-41** |
| **CORNELL PENDLETON** | **SECTION "H"** |

## ORDER

Before the Court is Defendant's Motion for Bond Pending Appeal (Doc. 222). Defendant requests that he be allowed to remain on bond pending appeal pursuant to 18 U.S.C. § 3143(b) and Rule 9(b) of the Federal Rules of Appellate Procedure. The Government opposes this Motion (Doc. 224).

Pursuant to § 3143(b), the Court may grant the defendant bond pending appeal if he has shown by clear and convincing evidence that he "is not likely to flee or pose a danger to the safety" of the community and that "the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." The Government does not contend that Defendant is a flight risk or danger to the community, rather, it argues that his appeal does not identify a substantial question of law or fact. A

question raises a substantial issue of law or fact if it is "one that is close or that could very well be decided the other way by the appellate court." *United States v. Clark*, 917 F.2d 177, 180 (5th Cir. 1990) (internal quotations omitted). This Court agrees that Defendant has failed to identify such. Defendant raises the same arguments on appeal that were rejected by this Court in considering his Motion for Judgment of Acquittal and/or New Trial and sentencing memorandum. Accordingly, for the reasons stated in this Court's Order and Reasons on Defendant's Motion for Judgment of Acquittal and/or New Trial (Doc. 174) and at sentencing, Defendant has failed to identify a substantial question of law and fact. He therefore fails to satisfy the elements required to remain on bond pending appeal.

Accordingly;

**IT IS ORDERED** that Defendant's Motion for Bond Pending Appeal is **DENIED**.

New Orleans, Louisiana this 23rd day of April, 2018.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**