# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-31007

UNITED STATES OF AMERICA,

                Plaintiff-Appellee

v.

CORNELL PENDLETON,

                Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Cornell Pendleton has filed a motion for release pending appeal. He argues that he satisfies the criteria under 18 U.S.C. § 3143(b), including the requirement that his appeal raises a substantial question of law or fact likely to result in relief.

    This court "review[s] . . . a district-court order regarding release after a judgment of conviction." FED. R. APP. P. 9(b). Therefore, all claims must first be presented to the district court. The district court, in turn, "must state in writing, or orally on the record, the reasons for an order regarding the release or detention of a defendant in a criminal case." FED. R. APP. P. 9(a)(1).

    Regarding the issue of a substantial question, Pendleton (1) attempts to include claims challenging the sufficiency of the evidence supporting Counts 2, 4, 5, 6, 8, and 12 that were not presented first in the district court in his motion

No. 17-31007

for release pending appeal or in the documents that he incorporated by reference into that motion, and (2) attempts to satisfy this court's local rule requiring "pertinent legal argument establishing that the questions are substantial" by incorporating by reference the arguments in his appellate brief. 5TH CIR. R. 9.2(b)(3). Pendleton's incorporation by reference of the arguments in his appellate brief into his motion for release pending appeal effectively creates a motion that exceeds the applicable length limitation. *See* FED. R. APP. P. 27(d)(2)(A); *cf. Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993); *Bobsee Corp. v. United States*, 411 F.2d 231, 234 n.2 (5th Cir. 1969). Moreover, his motion fails to adhere to this court's rule requiring him to tailor his arguments according to the particular context. *See* 5TH CIR. R. 9.2(b)(3).

Accordingly, IT IS ORDERED that Pendleton's motion for release pending appeal is DENIED WITHOUT PREJUDICE. If Pendleton seeks relief from the district court on his previously unraised claims and is denied, he may seek review of the district court's order in this court by filing a Rule 9 motion in the court of appeals that conforms to the applicable procedural rules. If he instead chooses to refile this same Rule 9 motion omitting any reference to the previously unraised claims, he must ensure that the refiled motion conforms to the applicable procedural rules. In so ruling, the court expresses no opinion on the ultimate merits of Pendleton's appeal.

_____
GREGG J. COSTA
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 10, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-31007    USA v. Cornell Pendleton
                        USDC No. 2:16-CR-41-1

Enclosed is an order entered in this case.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Mary C. Stewart, Deputy Clerk
                      504-310-7694

Mr. Ian Lewis Atkinson
Mr. William W. Blevins
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. William P. Gibbens
Mr. Brandon Scott Long
Mr. Teva F. Sempel