IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-31007

_____

D.C. Docket No. 2:16-CR-41-1

United States Court of Appeals
Fifth Circuit

**FILED**

February 21, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CORNELL PENDLETON,

    Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana

Before SMITH, BARKSDALE, and HO, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued
as the mandate on Mar 15, 2019**

**Attest:**   *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**