AO 243 (Rev. 01/15)                                                                                        Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District | of Louisiana (Eastern) | |
|---|---|---|---|
| Name *(under which you were convicted)*: <br> CORNELL PENDLETON | | | Docket or Case No.: <br> *CR16-041 "H"* (5) |
| Place of Confinement: <br> FEDERAL PRISON CAMP OAKDALE | | Prisoner No.: <br> 36683-034 | |
| UNITED STATES OF AMERICA <br><br> V. | | Movant *(include name ...)* <br> CORNELL PENDLETON | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 25 2019

WILLIAM W. BLEVINS
CLERK

### MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    The Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana at New Orleans, Section H.

    (b) Criminal docket or case number (if you know): 2:16-cr-41-1

2.  (a) Date of the judgment of conviction (if you know): 12/28/2017

    (b) Date of sentencing: 12/21/2017

3.  Length of sentence: 121 months' imprisonment; 2 years' supervised release

4.  Nature of crime (all counts):

    Count 2: Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i),(h), 1957; Counts 4, 6, 8 & 12: Money Laundering (Engaging In Monetary Transactions In Property Derived From Specified Unlawful Activity), in violation of 18 U.S.C. § 1957; Count 5: Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); Count 13: Structuring Transactions To Evade Reporting Requirements, in violation of 31 U.S.C. § 5324(a)(3); and Count 15: False Statement on a Loan Application, in violation of 18 U.S.C. § 1014.

5.  (a) What was your plea? (Check one)

    (1) Not guilty [✓]          (2) Guilty [ ]          (3) Nolo contendere (no contest) [ ]

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

ENDERED FOR FILING

SEP 25 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

6.  If you went to trial, what kind of trial did you have? (Check one)   Jury [✓]   Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [ ]   No [✓]

8.  Did you appeal from the judgment of conviction?   Yes [✓]   No [ ]

____ Fee ____
____ Process____
_X_ Dktd____
____ CtRmDep ____
____ Doc. No. ____

AO 243 (Rev. 01/15)                                                                                                          Page 3

9.    If you did appeal, answer the following:

      (a) Name of court:   United States Court of Appeals for the Fifth Circuit

      (b) Docket or case number (if you know):   17-31007

      (c) Result:   Affirmed

      (d) Date of result (if you know):   2/21/2019

      (e) Citation to the case (if you know):   761 Fed. Appx. 339 (5th Cir. 2019)

      (f) Grounds raised:

      Whether the district court erred in: 1) failing to enter judgments of acquittal on Counts 2, 4, 5, 6, 8, 12, 13, and
      15, when the government failed to prove that Mr. Pendleton: (a) specifically intended to commit money
      laundering or disguised publicly disclosed real estate transactions; (b) agreed to conspire to commit money
      laundering or furthered any alleged conspiracy's purpose; (c) intended to influence a banking institution by
      listing an inaccurate job title; and (d) committed a pattern of illegal activity while structuring transactions; 2)
      reinstructing the jury on Count 13's structuring charge mid-deliberations in a manner that prejudiced the
      defense; 3) failing to exclude a juror who prejudged the defendant's guilt prior to deliberations and expressed
      that opinion to another juror; and 4) sentencing Mr. Pendleton based on acquitted conduct, unproven at trial.

      (g) Did you file a petition for certiorari in the United States Supreme Court?      Yes ☐      No ☑

            If "Yes," answer the following:

            (1) Docket or case number (if you know): _____

            (2) Result: _____

            _____

            (3) Date of result (if you know): _____

            (4) Citation to the case (if you know): _____

            (5) Grounds raised:

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications,
      concerning this judgment of conviction in any court?
      Yes ☐      No ☑

11.   If your answer to Question 10 was "Yes," give the following information:

      (a) (1) Name of court: _____

            (2) Docket or case number (if you know): _____

            (3) Date of filing (if you know): _____

            (4) Nature of the proceeding: _____

            (5) Grounds raised: _____

AO 243 (Rev. 01/15)                                                                                                 Page 4

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐      No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐      No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:      Yes ☐      No ☐

    (2)  Second petition:    Yes ☐      No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

AO 243 (Rev. 01/15)

**GROUND ONE:** Mr. Pendleton was Denied the Effective Assistance of Counsel During the Plea Negotiation Stage and With Respect to the Decision to Plead Guilty or Proceed to Trial

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Facts set forth in contemporaneously submitted Memorandum Brief in Support of Motion to Vacate, Set Aside, or Correct Sentence, Section IV.A.2-3, and Declaration of Cornell Pendleton in Support of Motion to Vacate, Set Aside, or Correct Sentence, attached to contemporaneously submitted Motion to Expand the Record.

(b) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐     No ☑

  (2) If you did not raise this issue in your direct appeal, explain why:

  Claims of ineffective assistance of counsel may be initially presented in a Section 2255 proceeding. Massaro v. United States, 538 U.S. 500, 155 L.Ed.2d 714, 123 S.Ct. 1690 (2003).

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐     No ☑

  (2) If you answer to Question (c)(1) is "Yes," state:

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐     No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐     No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐     No ☐

AO 243 (Rev. 01/15)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:** _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☐

AO 243 (Rev. 01/15)

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes [  ]          No [  ]

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes [  ]          No [  ]

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes [  ]          No [  ]

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

**(b)  Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

**(c)  Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

AO 243 (Rev. 01/15)

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** _____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐      No ☐

    (2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐      No ☐

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

The claim of ineffective assistance of counsel was not previously presented. Such claims are properly initially presented in a Section 2255 motion. Massaro v. United States, 538 U.S. 500 (2003).

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                                        Page 11

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     you are challenging:

     (a)  At the preliminary hearing:
     William P. Gibbens, 909 Poydras Street, Suite 1600, New Orleans, LA 70112

     (b)  At the arraignment and plea:
     William P. Gibbens, Ian L. Atkinson, & Teva Sempel, 909 Poydras Street, Suite 1600, New Orleans, LA 70112

     (c)  At the trial:
     William P. Gibbens, Ian L. Atkinson, & Teva Sempel, 909 Poydras Street, Suite 1600, New Orleans, LA 70112

     (d)  At sentencing:
     William P. Gibbens, Ian L. Atkinson, & Teva Sempel, 909 Poydras Street, Suite 1600, New Orleans, LA 70112

     (e)  On appeal:
     William P. Gibbens, Ian L. Atkinson, & Teva Sempel, 909 Poydras Street, Suite 1600, New Orleans, LA 70112

     (f)  In any post-conviction proceeding:
     N/A

     (g)  On appeal from any ruling against you in a post-conviction proceeding:

     N/A


16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?          Yes ✓          No ☐

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?          Yes ☐          No ✓

     (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:


     (b)  Give the date the other sentence was imposed: _____

     (c)  Give the length of the other sentence: _____

     (d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
     sentence to be served in the future?          Yes ☐          No ☐


18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
     why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

AO 243 (Rev. 01/15)

Page 12

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)  the date on which the judgment of conviction became final;

(2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)

Therefore, movant asks that the Court grant the following relief:

Resentencing with the benefits of having pled guilty and subject to development of the record in this proceeding under the terms of the government's unconveyed plea offer

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ *September 16, 2019* _____ .
(month, date, year)

Executed (signed) on _____ *September 16, 2019* _____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

AO 243 (Rev. 01/15)

# Motion to Vacate, Set Aside, or Correct a Sentence
# By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

### Instructions

1.  To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2.  You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6.  If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7.  In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8.  When you have completed the form, send the original and ___2___ copies to the Clerk of the United States District Court at this address:

    **Clerk, U.S. District Court for the Eastern District of Louisiana**
    **500 Poydras Street, Room C151**
    **New Orleans, LA 70130**

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9.  **CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®

PRIORITY® ★ MAIL ★

FROM: Unwell Pendleter
No. 36683-034
FPC Oakdale
P.O. Box 5010
Oakdale, LA 71463

TO: Clerk of Court
USDC Eastern Dist Louisiana
500 Poydras St. Room C151
New Orleans, LA 70130

Label 228, March 2016                FOR DOMESTIC AND INTERNATIONAL USE

PRESS FIRMLY TO SEAL                                 ONLY TO SEAL

UNITED STATES POSTAL SERVICE®

Retail

US POSTAGE PAID
$7.35

Origin: 75071
08/23/19
4854900070-09

PRIORITY MAIL 2-DAY®

1 Lb 5.10 Oz

1006

C026

EXPECTED DELIVERY DAY: 08/25/19

SHIP
TO: 500 POYDRAS ST
STE C151
NEW ORLEANS LA 70130-3367

USPS TRACKING NUMBER

9505 5101 0566 9266 7880 01

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

- Date of delivery specified.*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.**
- Pickup available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.*

* Domestic only.   ** For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.

To schedule free
Package Pickup,
scan the QR code.

USPS.COM/PICKUP

P S00001000014

♻ This envelope is made from post-consumer waste. Please recycle - again.



UNITED STATES
POSTAL SERVICE ®

PRIORITY®
MAIL

TRACKED*
★ ★ ★
INSURED*
★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

P S 00001000014

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.