UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
AT NEW ORLEANS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 12 2019
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| CORNELL PENDLETON, | ) |
| | ) |
| Movant, | ) USDC Case No. 2:19-cv-12831 |
| | ) |
| v. | ) |
| | ) USDC Case No. 2:16-cr-41-1 |
| UNITED STATES OF AMERICA, | ) |
| | ) Hon. Jane Triche Milazzo |
| Respondent. | ) United States District Judge |

## MOTION TO SET DEADLINE FOR REPLY TO THE GOVERNMENT'S RESPONSE TO *PRO SE* MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255

COMES NOW CORNELL PENDLETON, Movant *pro se*, in the above styled and numbered causes, and respectfully moves this Honorable Court to set a deadline of 30 days from the day of that order, in which he may reply to the Government's Response in Opposition to Petitioner's *Pro Se* Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255.

IN SUPPORT THEREOF, Mr. Pendleton would show the Court the following facts and circumstances:

1. On September 25, 2019, Mr. Pendleton filed a Motion to Vacate, Set

TENDERED FOR FILING
DEC 12 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

____ Fee ____
____ Process ____
_X_ Dktd ____
____ CtRmDep ____
____ Doc. No. ____

Aside or Correct Sentence under 28 U.S.C. §2255 with supporting Memorandum of Law. [DE[1] #235; #235-1]. Mr. Pendleton contemporaneously filed a Motion to Expand the Record, with attached declaration in support. [DE #236, #236-1].

2. On September 27, 2019, this Honorable Court issued an order directing the "United States Attorney for the Eastern District of Louisiana [] to file on or before October 25, 2019 with this Court, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies." [DE #237].

3. After seeking and being granted an extension of time, on November 25, 2019, the government filed its response. [DE #238; #239; #241].

4. Mr. Pendleton intends to reply to the government's response and a deadline for such reply should be set by the Court, pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings in the District Courts.

5. Mr. Pendleton, a *pro se* prisoner litigant, who is neither trained in the

---

[1] DE refers to docket entries in *United States v. Pendleton,* 1:16-cr-41 (E.D.LA.).

law nor enjoys unencumbered access to the prison law library, needs additional time to prepare a cogent reply to the government's response in opposition.

6. This motion – the first request which could be construed as a request for an extension of time by Mr. Pendleton in this case – is not for the purpose of delay, but rather to allow the *pro se* litigant to prepare the necessary and appropriate reply for this Court's consideration prior to any decision on the pending Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255.

7. The government will not be prejudiced by the setting of the requested deadline.

WHEREFORE, premises considered and for good cause shown, Mr. Pendleton respectfully requests that this Court issue an order, setting a deadline of thirty (30) days from the date of that order for his reply to the government's response as called for under Rule 5(d) of the Rules Governing Section 2255 Proceedings in the District Courts.

Respectfully submitted this 6 day of December, 2019.

*Cornell Pendleton*
Cornell Pendleton, *Pro Se*
Register # 36683-034
Federal Prison Camp Oakdale
P.O. Box 5010
Oakdale, LA 71463

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been mailed, first class postage prepaid, on this 6 day of December, 2019, to: opposing counsel, Assistant United States Attorney, Brandon S. Long, United States Attorney's Office, 650 Poydras Street, Suite 1600, New Orleans, LA 70130.

Executed under penalty of perjury pursuant to 28 U.S.C. §1746, on this 6 day of December, 2019.

*Cornell Pendleton*
Cornell Pendleton, *Pro Se*
Register # 36683-034
Federal Prison Camp Oakdale
P.O. Box 5010
Oakdale, LA 71463

Cornell Pendleton - 36683-034
FPC Oakdale
P.O. Box 5010
Oakdale, La 71463

Hale Boggs Federal Building
United States Courthouse
500 Poydras Street, Room C-151
New Orleans, La. 70130

