UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 16-41** |
| **CORNELL PENDLETON** | **SECTION "H"** |

### O R D E R

Before the Court is Defendant Cornell Pendleton's Motion to Set Deadline to Reply to Government's Response to his Motion to Vacate (Doc. 243).

Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**, and Defendant shall have until January 17, 2020 to file a reply to the Government's response to his Motion to Vacate.

New Orleans, Louisiana, this 17th day of December, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**